IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 07-40004 |
| Plaintiff, | ) | **MINUTES OF COURT** |
| vs. | ) | DATE: 10/29/2007 |
| DAMION DESHON THRAILKILL, | ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT,  DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

PROCEEDINGS:

TIME:

   This matter is before the court on the defendant's Motion to Continue (doc # 30).

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion to continue.

   It is hereby ORDERED that this matter is STRICKEN from the 11/16/2007 docket and reset for disposition on 12/14/2007 at 10:00 a.m. in Benton, IL.

                                                                                              NORBERT G. JAWORSKI, CLERK

                                                                                              By: s/ K. Jane Reynolds
                                                                                              Deputy Clerk